# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINE MARIE RIEMER,<br><br>    Plaintiff,<br><br>v.<br><br>DODGE COUNTY SHERIFF, MENOMONEE FALLS MUNICIPAL COURT, BRAD MATTHIESON, MENOMONEE FALLS POLICE DEPARTMENT, WAUKESHA COUNTY SHERIFF DEPARTMENT, and OFFICER YOUNG,<br><br>    Defendants. | Case No. 18-CV-1294-JPS<br><br><br>**ORDER** |

Plaintiff filed this action on August 22, 2018. (Docket #1). At that time, she did not pay the filing fee or request leave to proceed without doing so. The Clerk of the Court sent her a letter two days later, asking that Plaintiff pick one of those options no later than September 14, 2018. (Docket #2). That date has passed and the Court has not received the filing fee or any other communication from Plaintiff. The Court will, therefore, order that Plaintiff either pay the filing fee owed in this matter, or seek leave to proceed without prepayment of the filing fee, no later than **September 28, 2018**. Failure to do so will result in dismissal of this action for want of prosecution. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that no later than **September 28, 2018**, Plaintiff must either 1) pay the full filing fee owed in this matter, or 2) submit a motion for leave to proceed without prepayment of the filing fee.

Dated at Milwaukee, Wisconsin, this 18th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge