# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINE MARIE RIEMER,<br><br>      Plaintiff,<br><br>v.<br><br>DODGE COUNTY SHERIFF, MENOMONEE FALLS MUNICIPAL COURT, BRAD MATTHIESON, MENOMONEE FALLS POLICE DEPARTMENT, OFFICER YOUNG, and WAUKESHA COUNTY SHERIFF DEPARTMENT,<br><br>      Defendants. | Case No. 18-CV-1294-JPS<br><br>**ORDER** |

On September 18, 2018, the Court ordered Plaintiff to either pay the filing fee for this action, or submit a new motion for leave to proceed *in forma pauperis*, no later than September 28, 2018. (Docket #3). On October 3, 2018, the Court granted Plaintiff an extension of time to comply with that order, until October 16, 2018. (Docket #5). That new deadline has passed and Plaintiff has neither paid the fee nor submitted a new motion for leave to proceed *in forma pauperis*. The Court will, therefore, dismiss this action without prejudice for want of prosecution. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 19th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge